IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT -6  A 8: 18

CLERK

ERNEST PRICE,

    Plaintiff,

vs.

Officer BRIAN RULEY, individually
and in his official capacity as staff/
employee/official,

    Defendant.

CIVIL ACTION NO.: CV205-092

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that the Magistrate Judge "broadly overviewed" his Complaint. Plaintiff asserts that the Magistrate Judge's conclusion that he failed to allege any physical injury overlooks the fact that his claims are not those dealing with the suffering of an emotional or mental injury derived from some sort of physical injury. Instead, Plaintiff contends, his claims pertain to Defendant Ruley depriving him of his constitutional rights. Plaintiff asserts that Defendant Ruley deprived him of his constitutional rights because he is black and a Rastafarian.

At best, Plaintiff seems to assert that Defendant Ruley violated his right to equal protection of the law. The Equal Protection Clause precludes the government (or government actors) from arbitrarily or capriciously classifying or treating similarly situated individuals differently. Stanton v. Stanton, 421 U.S. 7, 14, 95 S. Ct. 1373, 1377, 43 L.

AO 72A
(Rev. 8/82)

Ed.2d 688 (1975). Plaintiff has failed to demonstrate that Defendant Ruley classified or treated him differently than similarly situated inmates. Plaintiff is not entitled to relief on this claim.

In addition to the above findings, the Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 28 U.S.C.A. § 1331 and Bivens v. Six Unknown Narcotics Agents, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed.2d 619 (1971), is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5ter day of October, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)